UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC JEFFREY BLOSS,

    Plaintiff,

v.

MATTHEW GRIFFITH, et al.,

    Defendants.

Case No. 16-cv-04346-KAW  (PR)

**ORDER ADMINISTRATIVELY CLOSING CASE FILED IN ERROR**

On August 2, 2016, this *pro se* prisoner case was filed against several defendants. On August 24, 2016, Plaintiff Eric Jeffrey Bloss sent a letter to the Court indicating that he did not intend to file this complaint, that it was filed by his mother without his authorization.

Plaintiff's letter indicates that he never intended to file a civil action. Accordingly, the Court finds that the instant case was opened in error and directs the Clerk to terminate any pending deadlines and administratively close the case.

Because the case was filed in error, no filing fee is due.

**IT IS SO ORDERED.**

Dated: September 23, 2016

*Kandis Westmore*

KANDIS A. WESTMORE
United States Magistrate Judge